**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

| | | |
|---|---|---|
| **KAREN JONES,** | ) | |
| | ) | |
| *Pro se* **Plaintiff,** | ) | |
| | ) | **Civil Action No. 3:21-cv-730** |
| **v.** | ) | |
| | ) | |
| **VIRGINIA COMMONWEALTH UNIV.** | ) | |
| **HEALTH SYSTEM,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

In accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), *Pro Se* Plaintiff Karen Jones and Defendant Virginia Commonwealth University Health System, by counsel, do hereby **STIPULATE AND AGREE** that Plaintiff's Complaint in this matter [Dkt. No. 5] is **HEREBY DISMISSED WITH PREJUDICE**, with each party to bear her or its own costs and attorneys' fees.

Dated: July 26, 20222

Respectfully submitted,

KAREN JONES AND
VIRGINIA COMMONWEALTH UNIVERSITY
HEALTH SYSTEM,

By Counsel

**WE DO HEREBY STIPULATE AND AGREE TO THE FOREGOING**:

ON BEHALF OF PLAINTIFF KAREN JONES, WITH PLAINTIFF'S AUTHORITY

/s/ *Nichole Buck Vanderslice, Esq.*

Nichole Buck Vanderslice, Esq. (VSB #42637)
LAW OFFICE OF NICHOLE BUCK VANDERSLICE, PLLC
9019 Forest Hill Avenue, Suite 2C
N. Chesterfield, Virginia 23235
Telephone: (804) 272-2920
Email: nvanderslice@nbvlaw.com
*Pro Bono Counsel for Pro Se Plaintiff*

ON BEHALF OF DEFENDANT VIRGINIA COMMONWEALTH UNIVERSITY HEALTH SYSTEM

/s/ *Michael D. Pierce, Esq.*
Michael D. Pierce, Esq. (VSB #89768)
Email: *MPierce@ohaganmeyer.com*
Charles G. Meyer, III, Esq. (VSB #34146)
Rachael L. Loughlin, Esq. (VSB #84133)
O'HAGAN MEYER PLLC
411 E. Franklin Street, Suite 500
Richmond, Virginia 23219
Telephone: (804) 403-7100
Facsimile: (804) 237-0250
Email: *CMeyer@ohaganmeyer.com*
Email: *RLoughlin@ohaganmeyer.com*
*Counsel for Defendant*

2

## CERTIFICATE OF SERVICE

I hereby certify that on the 26th day of July, 2022, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following counsel of record:

Michael D. Pierce, Esq. (VSB #89768)
Email: *MPierce@ohaganmeyer.com*
Charles G. Meyer, III, Esq. (VSB #34146)
Rachael L. Loughlin, Esq. (VSB #84133)
O'HAGAN MEYER PLLC
411 E. Franklin Street, Suite 500
Richmond, Virginia 23219
Telephone: (804) 403-7100
Facsimile: (804) 237-0250
Email: CMeyer@ohaganmeyer.com
Email: RLoughlin@ohaganmeyer.com
*Counsel for Defendant*

By:    */s/* NICHOLE BUCK VANDERSLICE
Nichole Buck Vanderslice (VSB #42637)
Email: *nvanderslice@nbvlaw.com*
LAW OFFICE OF NBVANDERSLICE, PLLC
9019 Forest Hill Avenue, Suite 2C
Richmond, VA 23235
Telephone: 804.272.2920
*Pro Bono Attorney for Pro Se Plaintiff*
*Karen Jones*

3