IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

KAREN JONES,                                    )
                                                )
        Plaintiff,                              )
                                                )
        v.                                      )        Civil Action No.  3:21cv730 (EWH)
                                                )
VIRGINIA COMMONWEALTH                           )
UNIVERSITY HEALTH SYSTEM,                       )
ET AL.,                                         )
                                                )
        Defendants.                             )
                                                )

**FINAL ORDER**

This matter is before the Court on the parties' Stipulation of Voluntary Dismissal with

Prejudice (ECF No. 42), filed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  It

appearing to the Court that all matters of controversy in this action have been settled, it is hereby

ORDERED that this action is DISMISSED WITH PREJUDICE.  The Court shall, however, retain

jurisdiction for the sole purpose of enforcing the terms of the settlement agreement, if necessary.

The Clerk is directed to send a copy of this Order to all counsel of record and to any party

not represented by counsel.

It is so ORDERED.

                                         _____/s/_____
                                         Elizabeth W. Hanes
                                         United States Magistrate Judge

Richmond, Virginia
Date: July 28, 2022